IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PEBBLE BEACH COMPANY, a
California General Partnership,

    Plaintiff,

v.

DYNASTY SPAS INC., a Tennessee
corporation,

    Defendant.

No. C 12-06319 WHA

**ORDER DENYING MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

    Good cause not shown, the Court **DENIES** plaintiff's motion to continue the case managing conference for five weeks.

    **IT IS SO ORDERED.**

Dated: March 14, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE